# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| MARTIN HUGHES | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | NO. 3:19-cv-00924 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF CORRECTIONS, et al., | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 218) from the Magistrate Judge regarding cross motions for summary judgment filed by Defendants CoreCivic, Inc. ("CoreCivic") and Russell Washburn (Doc. No. 176) and Plaintiff Martin Hughes (Doc. No. 208). The Magistrate Judge recommends the Court deny Plaintiff's Motion, grant Defendants' Motion, and dismiss this action with prejudice as to CoreCivic and Russell Washburn. The Magistrate Judge further recommends that the remaining Defendants be dismissed without prejudice.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 218 at 21). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 208) is **DENIED**, and the Motion for Summary Judgment filed by Defendants CoreCivic and Russell Washburn (Doc. No. 176) is **GRANTED**. The claims against CoreCivic and Russell

Washburn are **DISMISSED WITH PREJUDICE**. The remaining Defendants, none of whom have been served, are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2

Case 3:19-cv-00924   Document 219   Filed 02/28/22   Page 2 of 2 PageID #: 2239